**UNITED STATES COURT OF APPEALS**
**FIFTH CIRCUIT**

_____

No. 96-40112

(Summary Calendar)
_____

TRACEY W. MURPHY,

Plaintiff-Appellant,

versus

LEONARD D. YOUNG,
Correctional Officer, TDCJ-ID,

Defendant-Appellee.

Appeal from the United States District Court
For the Eastern District of Texas
(6:95-CV-678)

August 26, 1996

Before HIGGINBOTHAM, DUHÉ, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Tracey W. Murphy, prisoner # 645652, appeals the dismissal of his civil rights complaint pursuant to 28 U.S.C. § 1915(d). Murphy contends that Officer Young used excessive force, violating his Eighth Amendment right against cruel and unusual punishment. We have reviewed the record and Murphy's brief and AFFIRM the judgment

---

[*] Pursuant to Local Rule 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

for essentially the reasons stated by the district court. *Murphy v. Young*, No. 6:95-CV-678 (E.D. Tex. Dec. 19, 1995); *see Jackson v. Culbertson*, 984 F.2d 699, 700 (5th Cir. 1993).

AFFIRMED.